UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| APPLICATION OF SEMRUSH SM LLC, ) | No. 1:22-mc-00045-JRS-MJD |
| FOR AN ORDER PURSUANT TO 28 ) | |
| U.S.C. 1782 TO CONDUCT DISCOVERY ) | |
| FOR USE IN FOREIGN PROCEEDINGS ) | |
| ) | |

**Order Adopting Report and Recommendation**

Having considered Magistrate Judge Mark J. Dinsmore's thorough Report and Recommendation, (ECF No. 19), and the entire record, the Court now **ADOPTS** the Magistrate Judge's recommendations in their entirety pursuant to 28 U.S.C. § 636(b)(1)(B). Accordingly, Semrush SM LLC's ("Semrush") Motion to Unseal the Case and for Leave to Proceed Ex Parte, (ECF No. 17), is **GRANTED** and the Clerk is **DIRECTED** to **UNSEAL** this case.  Further, Semrush's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings, (ECF No. 1), is **GRANTED** without prejudice to Stonecast Financial LLC d/b/a/ HypeAuditor moving to quash or modify the subpoenas.  The Court **ORDERS** that Semrush is hereby authorized to issue immediately to HypeAuditor a subpoena in substantially the same form as Exhibit A to the Declaration of Jennifer L. Chunias in support of the Application.  (*See* ECF No. 7-1.)

The Court expresses its appreciation for Judge Dinsmore's time and attention to this matter.

**SO ORDERED.**

Date: 08/03/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record